Argued January 6—decided January 6, 1976

STATE OF CONNECTICUT *v.* WALTER R. WOODS

It appearing that the defendant in the above-
entitled case has failed to prosecute his appeal from
the Superior Court in Litchfield County with
proper diligence, it is, under Practice Book § 696,

ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant's brief is filed on or before February 2, 1976.

*James D. Cosgrove,* chief public defender, for the appellant (defendant).

*Robert E. Beach, Jr.,* office of chief state's attorney, for the appellee (state).